IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TOMMY JAMES KNIGHT,            ) | |
|     Petitioner,            ) | |
|                              ) | CIVIL ACTION NO. |
|     v.                                  ) | 2:08cv356-MHT |
|                              ) | (WO) |
| BILLY MITCHEN, Warden, and ) | |
| TROY KING, Attorney            ) | |
| General of the State of     ) | |
| Alabama,                          ) | |
|     Respondents.          ) | |

OPINION

Pursuant to 28 U.S.C.A. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petitioner's writ petition be denied. Also before the court are the petitioner's and the respondents' objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the petitioner's and the respondents' objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2010.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**