IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TOMMY JAMES KNIGHT,            )
                               )
    Petitioner,                )
                               )    CIVIL ACTION NO.
    v.                         )     2:08cv356-MHT
                               )         (WO)
BILLY MITCHEN, Warden, and     )
TROY KING, Attorney            )
General of the State of        )
Alabama,                       )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (doc. no. 35) are overruled.

(2) The respondents' objections (Doc. No. 31) are overruled.

(3) The United States Magistrate Judge's recommendation (Doc. No. 28) is adopted.

    (4) The petition for writ of habeas corpus (Doc. No. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of November, 2010.

              /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE